UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:06CR6** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **DAVID DOMINGUEZ** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment herein without prejudice.

For the reasons stated and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED,** and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to transmit copies of this Order electronically to the U. S. Marshal, U.S. Probation Office and the United States Attorney's Office.

Signed: April 17, 2006

Lacy H. Thornburg
United States District Judge